IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERMAIN DARNELL DAVIS, JR.,** | : | CIVIL ACTION NO. 1:23-CV-730 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN THOMPSON,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 23rd day of June, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania